FILED
SEP 30 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 5:26-cr-00124
18 U.S.C. § 1546(b)(3)

PEGGY JILL HENDRICK

# INFORMATION

The United States Attorney Charges:

On or about February 18, 2026, at or near Pineville, Wyoming County, West Virginia, within the Southern District of West Virginia, defendant PEGGY JILL HENDRICK made a false attestation for the purpose of satisfying a requirement of Section 274A(b) of the Immigration and Nationality Act, that is, defendant PEGGY JILL HENDRICK executed a certification under penalty of perjury on a United States Citizenship and Immigration Services Form I-9 for F.M.L., an employee who worked at a business she owned, in which she declared, in part, that to the best of her knowledge the employee was authorized to work in the United States, when in fact she knew that F.M.L. was not authorized to work in the United States.

In violation of Title 18, United States Code, Section 1546(b)(3).

**NOTICE OF FORFEITURE**

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6)(A) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 982(a)(6)(A) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1546(b)(3) as contained in this Information, defendant PEGGY JILL HENDRICK, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The following property is subject to forfeiture on one or more grounds stated above:

1. Real Property located at 27 Guyandotte Avenue, Pineville, Wyoming County, West Virginia 24874, more particularly described as follows:

   Beginning at the northeast corner of Lot. No. 115 on Guyandotte Street; thence with the division line of Lots Nos. 115 and 116 S. 4 degrees 35′ E 100 feet to a back corner of said Lots No. 115 and part of Lot No. 114 S. 85 degrees 25′ W. 40feet to a stake on said line; thence N. 4 degrees 35′ W. 100 feet to a stake

on the front line of said Lot No. 114; thence with the front line of part of Lot No. 114 and Lot No. 115 N. 85 degrees 25′ E. 40 feet to the place of the Beginning.

2. A forfeiture money judgment in the amount of at least $25,000, such amount constituting the proceeds of the violations set forth in this Information and including such relevant conduct that is included in this Information.

If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

UNITED STATES OF AMERICA
MOORE CAPITO
United States Attorney

By: ______________________________
JONATHAN T. STORAGE
Assistant United States Attorney